**STATE of Missouri, Respondent,**

**v.**

**Laron CRENSHAW, Appellant.**

**No. ED 100236**

Missouri Court of Appeals
Eastern District
DIVISION FOUR

FILED: November 25, 2014

Application for Transfer to Supreme
Court Denied Jan. 27, 2015

Application for Transfer Denied
March 31, 2015

Matthew A. Radefeld, Michael B. Murphy, 7710 Carondelet, Suite 350, Clayton, Missouri 63105, for Appellant.

Chris Koster, Evan J. Buchheim, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM

Laron Crenshaw ("Defendant") appeals from a trial court's judgment, following a jury verdict, finding him guilty of two counts of first-degree assault of a law enforcement officer, in violation of Section 565.081.1, RSMo (2000); three counts of armed criminal action, in violation of Section 571.015; two counts of unlawful use of a weapon, in violation of Section 571.030; two counts of first-degree endangering the

welfare of a child, in violation of Section 568.045; and one count of unlawful possession of a firearm, in violation of Section 571.070.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).